UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ROARTY-NUGENT, | ) | Case No. 1:20-cv-01025 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge David A. Ruiz |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**OPINION AND ORDER**

Plaintiff Michael Roarty-Nugent moves for clarification of the discovery deadline set for December 10, 2021. (ECF No. 43.) Plaintiff seeks clarification because the Court ordered that all "non-Monell fact discovery shall be completed by 12/10/2021." (Dkt., Oct. 4, 2021.) He asks that the deadline pertain only to the claims against the individual Officers Smith, Boardman, and Graham. (ECF No. 43, PageID #631.) The arrangement he seeks is consistent with the parties' agreement for bifurcating discovery, set forth in the parties' joint status report dated June 16, 2021. (ECF No. 37, PageID #598.) Defendants do not oppose the motion.

Based on the parties' agreement and the reasons stated in Plaintiff's motion, and because the motion is unopposed, the Court **GRANTS** the motion. The discovery deadline of December 10, 2021 shall pertain only to the claims against the individual corrections officers. The deadline does not apply to the non-*Monell* claims against other Defendants.

**SO ORDERED.**

Dated: November 29, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio