IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL ROARTY-NUGENT**,<br>*Plaintiff*,<br>vs.<br>**CUYAHOGA COUNTY**, *et al.*<br>*Defendants.* | Case No. 1:20-CV-01025<br><br>Judge J. Philip Calabrese<br><br>Magistrate Judge Thomas M. Parker |
| **PLAINTIFF MICHAEL ROARTY-NUGENT'S FIFTH QUARTERLY STATUS REPORT REGARDING FEES AND COSTS INCURRED** | |

As required by the Court's standing order, Plaintiff Michael Roarty-Nugent reports that, through June 30, 2022, he has incurred approximately $186,808 in attorney fees and $6,958 in costs.

This approximate amount reflects fees incurred at the attorneys' current hourly rates, which are re-evaluated annually based on demand for the firm's services and market standards. Plaintiff, if he prevails, reserves the right to seek recovery of his incurred fees at his counsel's then-current rates. The Supreme Court has recognized that an award of current, rather than historic, rates is "an appropriate adjustment for the delay in payment" for prevailing parties in fee-shifting matters. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 284 (1989).

Dated: July 15, 2022

Respectfully submitted,
*/s/ Subodh Chandra*
Subodh Chandra (0069233)
Patrick Haney (0092333)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) / 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

*Attorneys for Plaintiff Michael Roarty-Nugent*